UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Robert L. Schwartz

Case No. 10-71142-MBM

      Debtor.
_____/

Pamela Liggett,

Case No. 12-cv-11055

    Appellant,

Hon. Robert H. Cleland
MJ: Mark A. Randon

v

Robert L. Schwartz,

    Appellee.
_____/

## ORDER FOR SUBSTITUTION OF ATTORNEY

This matter having come on to be heard upon the Stipulation of the parties and the Court being advised in the premises, now, therefore;

IT IS ORDERED that Charles J. Schneider be and he is hereby allowed to substitute his appearance as attorney of record for and on behalf of Pamela Liggett, Appellant herein, in the place and stead of Thomas J. Budzynski.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: March 19, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 19, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522